UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**DEARMUS LOVETT, on behalf of himself and all employees similarly situated,**

    Plaintiff,

vs.                              CASE NO: 1:19-cv-00141-AW-GRJ

**PERRY ROOFING, INC.**

    Defendant.
_____/

### PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, DEARMUS LOVETT, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), hereby dismisses without prejudice this action.

          /s Sean Culliton
          SEAN CULLITON
          FBN: 0986232
          E-mail: sean.culliton@gmail.com
          Sean Culliton, Esq., LLC
          150 John Knox Road
          Tallahassee, FL 32303
          Phone: (850)385-9455
          Facsimile: (813)441.1999


          s/John C. Davis
          JOHN C. DAVIS

Fla Bar No. 0827770
Law Office of John C. Davis
623 Beard St.
Tallahassee, FL 32303
(850) 222-4770
(850) 222-3119 (fax)
john@johndavislaw.net

Attorneys for Plaintiff