# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**DEARMUS LOVETT, on behalf of himself and all employees similarly situated,**

    **Plaintiff,**

**v.**                                          **Case No. 1:19-cv-141-AW-GRJ**

**PERRY ROOFING, INC.,**

    **Defendant.**

_____/

## ORDER CLOSING THE FILE

Plaintiff has filed a notice of voluntary dismissal without prejudice. ECF No. 4. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). This order confirms that the case has been dismissed. The Clerk will close the file.

SO ORDERED on October 10, 2019.

                                                    s/ *Allen Winsor*
                                                    United States District Judge